IN THE UNITED STATE BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE - OPELOUSAS DIVISION

IN RE: JUNE ARLEEN MOREAU                                           Case No. 05-51122

---

## TRANSMITTAL OF UNCLAIMED FUNDS

ELIZABETH G. ANDRUS, Trustee of this estate, reports the following:

(1) Final distribution has been made in this case. The following creditor(s) was/were entitled to funds:

| NAME AND ADDRESS: | AMOUNT OF PAYMENT: |
|---|---|
| Praxair Healthcare Services<br>Tri-Parish Rental Inc.<br>P.O. Box 201143<br>Houston TX 77216 | $127.86 |

(2) The distribution to the above creditor was returned undeliverable, consequently, the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U.S. Bankruptcy Code Section 347(a).

(3) A check made payable to the Clerk, U.S. Bankruptcy Court, in the amount of $127.86 representing the value of said funds is attached hereto.

Lafayette, Louisiana this  29th   day of  March , 2010.

`
/s/ Elizabeth G. Andrus
ELIZABETH G. ANDRUS, TRUSTEE
500 Dover Blvd., Suite 110
Lafayette, Louisiana 70503-5000
Telephone: (337) 981-3858